UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-334-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **GINA CATHCART,** | ) | |
| | ) | |
| Defendant | ) | |

**THIS MATTER** is before the court on the government's Motion for Restitution (#40).

Defendant pled guilty to a one count Bill of Information, charging her with Hobbs Act

Robbery. (#3). In a written plea agreement, Defendant agreed to pay "full restitution, regardless

of the resulting loss amount, to all victims directly or indirectly harmed." The Judgment in this

case (#36), states that the determination of restitution was deferred until October 24, 2019. On

October 24, 2019, the Government filed the pending motion for restitution, seeking restitution in

the in the amount of $2,396 to the victim business, Skills Biz Center.

### ORDER

**IT IS, THEREFORE, ORDERED** that the Motion for Restitution (#40) is **GRANTED.**

The Court hereby awards restitution in the amount of $2,396 to the victim business, Skills Biz

Center.

The clerk is directed to update the total restitution jointly and severally owed by

Defendant in accordance with this Order.

Signed: November 8, 2019



Max O. Cogburn Jr.
United States District Judge